PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gregory W. Monteiro                                         Cr.: 05-00137-001

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares, U.S. District Judge

Date of Original Sentence: 06/14/05

Original Offense: Theft of Government Funds

Original Sentence: Two years probation; $34,341.97 restitution; $100 special assessment. Six months home confinement, financial disclosure, no new debt, and the collection of DNA.

Type of Supervision: Probation                                    Date Supervision Commenced: 06/14/05

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

1) The defendant shall complete 50 hours of community service with the specific work placement to be approved by the U.S. Probation Office.

2) The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On September 13, 2006, Monteiro was arrested by the New Jersey State Police (Totowa Headquarters) and issued a motor vehicle summons charging him with careless driving and driving under the influence of alcohol. When arrested, Monteiro was administered a breathalyser test that revealed a .21% Blood Alcohol Content or "BAC." He failed numerous field sobriety tests. On October 10, 2006, Monteiro reported to the Probation Office under the influence of alcohol.

On October 10, 2006, during an office visit, Monteiro admitted a dependency to alcohol and expressed a need for treatment.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 10/30/06

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-13-06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall contribute 50 hours of community service work over a period of six months or less, from the date this form is signed. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _Joseph Empirio_  10/17/06   Signed: _Gregory W. Monteiro_
U.S. Probation Officer                     Probationer or Supervised Releasee
Joseph Empirio                             Gregory W. Monteiro

_10-17-06_
DATE